IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAN STEVENSON,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>      Defendant. | Case No. 21-CV-182-JFH-SPS |

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 24] of United States Magistrate Steven P. Shreder reviewing the decision of the Commissioner of the Social Security Administration to deny disability to Plaintiff Jan Stevenson. The Magistrate Judge recommends the Commissioner's denial of benefits be affirmed.

Plaintiff did not object to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, the decision of the Commission is affirmed.

IT IS SO ORDERED this 19th day of August 2022.

                                                JOHN F. HEIL, III
                                                UNITED STATES DISTRICT JUDGE